United States District Court
Eastern District of Virginia

### Exhibit List

Yeon Mook Choi, <u>et al.</u>,
        v.                                         Case Number: 1:17-cv-552
Young Chul Yoon, <u>et al.</u>

| Presiding Judge: | Plaintiff's Attorney: | Defendant's Attorney: |
|---|---|---|
| Leonie M. Brinkema | Michael Hyunkweon Ryu | Jayna Genti |
| Trial Date: | Court Reporter: | Courtroom Deputy: |
| TBD | TBD | TBD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 1 | | | | | Paystubs Produced by Defendants: ALLD00000142 |
| 2 | | | | | Paystubs Produced by Defendants: ALLD00000146 |
| 3 | | | | | Paystubs Produced by Defendants: ALLD00000149 |
| 4 | | | | | Paystubs Produced by Defendants: ALLD00000152 |
| 5 | | | | | Paystubs Produced by Defendants: ALLD00000155 |
| 6 | | | | | Paystubs Produced by Defendants: ALLD00000157 |
| 7 | | | | | Paystubs Produced by Defendants: ALLD00000161 |
| 8 | | | | | Paystubs Produced by Defendants: ALLD00000163 |
| 9 | | | | | Paystubs Produced by Defendants: ALLD00000165 |
| 10 | | | | | Paystubs Produced by Defendants: ALLD00000166 |
| 11 | | | | | Paystubs Produced by Defendants: ALLD00000167 |
| 12 | | | | | Paystubs Produced by Defendants: ALLD00000168 |
| 13 | | | | | Paystubs Produced by Defendants: ALLD00000170 |
| 14 | | | | | Paystubs Produced by Defendants: ALLD00000172 |
| 15 | | | | | Paystubs Produced by Defendants: ALLD00000174 |
| 16 | | | | | Paystubs Produced by Defendants: ALLD00000176 |
| 17 | | | | | Paystubs Produced by Defendants: ALLD00000178 |
| 18 | | | | | Paystubs Produced by Defendants: ALLD00000180 |
| 19 | | | | | Paystubs Produced by Defendants: ALLD00000182 |
| 20 | | | | | Paystubs Produced by Defendants: ALLD00000184 |
| 21 | | | | | Paystubs Produced by Defendants: ALLD00000186 |
| 22 | | | | | Paystubs Produced by Defendants: ALLD00000189 |
| 23 | | | | | Paystubs Produced by Defendants: ALLD00000190 |
| 24 | | | | | Paystubs Produced by Defendants: ALLD00000193 |
| 25 | | | | | Paystubs Produced by Defendants: ALLD00000195 |
| 26 | | | | | Paystubs Produced by Defendants: ALLD00000197 |
| 27 | | | | | Paystubs Produced by Defendants: ALLD00000199 |
| 28 | | | | | Paychecks Produced by Defendants: ALLD00000140 |
| 29 | | | | | Paychecks Produced by Defendants: ALLD00000143 |
| 30 | | | | | Paychecks Produced by Defendants: ALLD00000145 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 31 | | | | | Paychecks Produced by Defendants: ALLD00000148 |
| 32 | | | | | Paychecks Produced by Defendants: ALLD00000151 |
| 33 | | | | | Paychecks Produced by Defendants: ALLD00000154 |
| 34 | | | | | Paychecks Produced by Defendants: ALLD00000156 |
| 35 | | | | | Paychecks Produced by Defendants: ALLD00000158 |
| 36 | | | | | Paychecks Produced by Defendants: ALLD00000160 |
| 37 | | | | | Paychecks Produced by Defendants: ALLD00000162 |
| 38 | | | | | Paychecks Produced by Defendants: ALLD00000164 |
| 39 | | | | | Time Sheets Produced by Defendants: ALLD00000139 |
| 40 | | | | | Time Sheets Produced by Defendants: ALLD00000141 |
| 41 | | | | | Time Sheets Produced by Defendants: ALLD00000144 |
| 42 | | | | | Time Sheets Produced by Defendants: ALLD00000147 |
| 43 | | | | | Time Sheets Produced by Defendants: ALLD00000150 |
| 44 | | | | | Time Sheets Produced by Defendants: ALLD00000153 |
| 45 | | | | | Time Sheets Produced by Defendants: ALLD00000169 |
| 46 | | | | | Time Sheets Produced by Defendants: ALLD00000171 |
| 47 | | | | | Time Sheets Produced by Defendants: ALLD00000173 |
| 48 | | | | | Time Sheets Produced by Defendants: ALLD00000175 |
| 49 | | | | | Time Sheets Produced by Defendants: ALLD00000177 |
| 50 | | | | | Time Sheets Produced by Defendants: ALLD00000179 |
| 51 | | | | | Time Sheets Produced by Defendants: ALLD00000181 |
| 52 | | | | | Time Sheets Produced by Defendants: ALLD00000183 |
| 53 | | | | | Time Sheets Produced by Defendants: ALLD00000185 |
| 54 | | | | | Time Sheets Produced by Defendants: ALLD00000187 |
| 55 | | | | | Time Sheets Produced by Defendants: ALLD00000188 |
| 56 | | | | | Time Sheets Produced by Defendants: ALLD00000191 |
| 57 | | | | | Time Sheets Produced by Defendants: ALLD00000192 |
| 58 | | | | | Time Sheets Produced by Defendants: ALLD00000194 |
| 59 | | | | | Time Sheets Produced by Defendants: ALLD00000196 |
| 60 | | | | | Time Sheets Produced by Defendants: ALLD00000198 |
| 61 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000146 |
| 62 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000147 |
| 63 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000148 |
| 64 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000149 |
| 65 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000150 |
| 66 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000151 |
| 67 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000152 |
| 68 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000153 |
| 69 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000154 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 70 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000155 |
| 71 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000156 |
| 72 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000157 |
| 73 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000158 |
| 74 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000159 |
| 75 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000160 |
| 76 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000161 |
| 77 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000162 |
| 78 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000163 |
| 79 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000164 |
| 80 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000165 |
| 81 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000166 |
| 82 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000167 |
| 83 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000168 |
| 84 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000169 |
| 85 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000170 |
| 86 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000171 |
| 87 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000172 |
| 88 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000173 |
| 89 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000174 |
| 90 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000175 |
| 91 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000176 |
| 92 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000177 |
| 93 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000178 |
| 94 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000179 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 95 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000183 |
| 96 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000184 |
| 97 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000185 |
| 98 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000186 |
| 99 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000187 |
| 100 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000188 |
| 101 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000189 |
| 102 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000191 |
| 103 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000192 |
| 104 | | | | | Paychecks and Stubs Produced by Plaintiff Joon Kim: JK000193 |
| 105 | | | | | Image of Eastern Corp. T-shirt Produced by Plaintiff: JK000008 |
| 106 | | | | | Calender Diary Produced by Plaintiff Joon Kim: JK000009-122 |
| 107 | | | | | Calender Diary Produced by Plaintiff Joon Kim: JK000123-133 |
| 108 | | | | | Calender Diary Produced by Plaintiff Joon Kim: JK000134-145 |
| 109 | | | | | Ft. Stewart Group Chat Conversation Produced by Plaintiff Joon Kim: JK000257 |
| 110 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000399 |
| 111 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000400 |
| 112 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000435 |
| 113 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000436 |
| 114 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000458 |
| 115 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000468 |
| 116 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000503 |
| 117 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000509 |
| 118 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000510 |
| 119 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000597 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 120 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000640 |
| 121 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000713 |
| 122 | | | | | Group 21 Group Chat Conversation Produced by Plaintiff Joon Kim: JK000731 |
| 123 | | | | | Chat Conversation Produced by Plaintiff Joon Kim: JK000832 |
| 124 | | | | | BO Chat Conversation Produced by Plaintiff Joon Kim: JK000840 |
| 125 | | | | | BO Chat Conversation Produced by Plaintiff Joon Kim: JK000841 |
| 126 | | | | | BO Chat Conversation Produced by Plaintiff Joon Kim: JK000842 |
| 127 | | | | | Ft. Stewart Group Chat Conversation Produced by Plaintiff Joon Kim: JK000846 |
| 128 | | | | | Paystubs Produced by Defendants: ALLD00000204 |
| 129 | | | | | Paystubs Produced by Defendants: ALLD00000206 |
| 130 | | | | | Paystubs Produced by Defendants: ALLD00000208 |
| 131 | | | | | Paystubs Produced by Defendants: ALLD00000210 |
| 132 | | | | | Paystubs Produced by Defendants: ALLD00000212 |
| 133 | | | | | Paystubs Produced by Defendants: ALLD00000214 |
| 134 | | | | | Paystubs Produced by Defendants: ALLD00000216 |
| 135 | | | | | Paystubs Produced by Defendants: ALLD00000217 |
| 136 | | | | | Paystubs Produced by Defendants: ALLD00000218 |
| 137 | | | | | Paystubs Produced by Defendants: ALLD00000219 |
| 138 | | | | | Paystubs Produced by Defendants: ALLD00000221 |
| 139 | | | | | Paystubs Produced by Defendants: ALLD00000222 |
| 140 | | | | | Paystubs Produced by Defendants: ALLD00000224 |
| 141 | | | | | Paystubs Produced by Defendants: ALLD00000226 |
| 142 | | | | | Paystubs Produced by Defendants: ALLD00000228 |
| 143 | | | | | Paystubs Produced by Defendants: ALLD00000230 |
| 144 | | | | | Paystubs Produced by Defendants: ALLD00000232 |
| 145 | | | | | Paystubs Produced by Defendants: ALLD00000233 |
| 146 | | | | | Paystubs Produced by Defendants: ALLD00000235 |
| 147 | | | | | Paystubs Produced by Defendants: ALLD00000236 |
| 148 | | | | | Paystubs Produced by Defendants: ALLD00000238 |
| 149 | | | | | Paystubs Produced by Defendants: ALLD00000240 |
| 150 | | | | | Paystubs Produced by Defendants: ALLD00000243 |
| 151 | | | | | Paystubs Produced by Defendants: ALLD00000244 |
| 152 | | | | | Paystubs Produced by Defendants: ALLD00000247 |
| 153 | | | | | Paystubs Produced by Defendants: ALLD00000249 |
| 154 | | | | | Paystubs Produced by Defendants: ALLD00000251 |
| 155 | | | | | Paychecks Produced by Defendants: ALLD00000201 |
| 156 | | | | | Paychecks Produced by Defendants: ALLD00000203 |
| 157 | | | | | Paychecks Produced by Defendants: ALLD00000205 |
| 158 | | | | | Paychecks Produced by Defendants: ALLD00000207 |
| 159 | | | | | Paychecks Produced by Defendants: ALLD00000209 |
| 160 | | | | | Paychecks Produced by Defendants: ALLD00000211 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 161 | | | | | Paychecks Produced by Defendants: ALLD00000213 |
| 162 | | | | | Paychecks Produced by Defendants: ALLD00000215 |
| 163 | | | | | Time Sheets Produced by Defendants: ALLD00000200 |
| 164 | | | | | Time Sheets Produced by Defendants: ALLD00000202 |
| 165 | | | | | Time Sheets Produced by Defendants: ALLD00000220 |
| 166 | | | | | Time Sheets Produced by Defendants: ALLD00000223 |
| 167 | | | | | Time Sheets Produced by Defendants: ALLD00000225 |
| 168 | | | | | Time Sheets Produced by Defendants: ALLD00000227 |
| 169 | | | | | Time Sheets Produced by Defendants: ALLD00000229 |
| 170 | | | | | Time Sheets Produced by Defendants: ALLD00000231 |
| 171 | | | | | Time Sheets Produced by Defendants: ALLD00000234 |
| 172 | | | | | Time Sheets Produced by Defendants: ALLD00000237 |
| 173 | | | | | Time Sheets Produced by Defendants: ALLD00000239 |
| 174 | | | | | Time Sheets Produced by Defendants: ALLD00000241 |
| 175 | | | | | Time Sheets Produced by Defendants: ALLD00000242 |
| 176 | | | | | Time Sheets Produced by Defendants: ALLD00000245 |
| 177 | | | | | Time Sheets Produced by Defendants: ALLD00000246 |
| 178 | | | | | Time Sheets Produced by Defendants: ALLD00000248 |
| 179 | | | | | Time Sheets Produced by Defendants: ALLD00000250 |
| 180 | | | | | Image of Eastern Corp. T-shirt Produced by Plaintiff Gi Joong Ko: GJK000007 |
| 181 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000008 |
| 182 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000009 |
| 183 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000010 |
| 184 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000011 |
| 185 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000012 |
| 186 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000013 |
| 187 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000014 |
| 188 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000015 |
| 189 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000016 |
| 190 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000017 |
| 191 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000018 |
| 192 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000019 |
| 193 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000020 |
| 194 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000021 |
| 195 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000022 |
| 196 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000023 |
| 197 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000024 |
| 198 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000025 |
| 199 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000026 |
| 200 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000027 |
| 201 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000028 |
| 202 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000029 |
| 203 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000030 |
| 204 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000031 |
| 205 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000032 |
| 206 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000033 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 207 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000034 |
| 208 | | | | | Paystubs Produced by Plaintiff Gijoon Ko: GJK000035 |
| 209 | | | | | Screenshot Calender Diary Produced by Plaintiff Gi Joong Ko: GJK000036 |
| 210 | | | | | Screenshot Calender Diary Produced by Plaintiff Gi Joong Ko: GJK000037 |
| 211 | | | | | Screenshot Calender Diary Produced by Plaintiff Gi Joong Ko: GJK000038 |
| 212 | | | | | Screenshot Calender Diary Produced by Plaintiff Gi Joong Ko: GJK000039 |
| 213 | | | | | Screenshot Calender Diary Produced by Plaintiff Gi Joong Ko: GJK000040 |
| 214 | | | | | Screenshot Calender Diary Produced by Plaintiff Gi Joong Ko: GJK000041 |
| 215 | | | | | Screenshot Calender Diary Produced by Plaintiff Gi Joong Ko: GJK000042 |
| 216 | | | | | Screenshot Calender Diary Produced by Plaintiff Gi Joong Ko: GJK000043 |
| 217 | | | | | Screenshot Calender Diary Produced by Plaintiff Gi Joong Ko: GJK000044 |
| 218 | | | | | Screenshot Calender Diary Produced by Plaintiff Gi Joong Ko: GJK000045 |
| 219 | | | | | Chat Conversation Produced by Plaintiff Gi Joon Ko: GJK000171 |
| 220 | | | | | Chat Conversation Produced by Plaintiff Gi Joon Ko: GJK000172 |
| 221 | | | | | Chat Conversation Produced by Plaintiff Gi Joon Ko: GJK000173 |
| 222 | | | | | Chat Conversation Produced by Plaintiff Gi Joon Ko: GJK000174 |
| 223 | | | | | Chat Conversation Produced by Plaintiff Gi Joon Ko: GJK000175 |
| 224 | | | | | Chat Conversation Produced by Plaintiff Gi Joon Ko: GJK000228 |
| 225 | | | | | Chat Conversation Produced by Plaintiff Gi Joon Ko: GJK000229 |
| 226 | | | | | Chat Conversation Produced by Plaintiff Gi Joon Ko: GJK000474-483 |
| 227 | | | | | Chat Conversation Produced by Plaintiff Gi Joon Ko: GJK000489 |
| 228 | | | | | Chat Conversation Produced by Plaintiff Gi Joon Ko: GJK000539 |
| 229 | | | | | Chat Conversation Produced by Plaintiff Gi Joon Ko: GJK000548 |
| 230 | | | | | Paystubs Produced by Defendants: ALLD000009 |
| 231 | | | | | Paystubs Produced by Defendants: ALLD0000012 |
| 232 | | | | | Paystubs Produced by Defendants: ALLD0000015 |
| 233 | | | | | Paystubs Produced by Defendants: ALLD0000018 |
| 234 | | | | | Paystubs Produced by Defendants: ALLD0000021 |
| 235 | | | | | Paystubs Produced by Defendants: ALLD0000023 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 236 | | | | | Paystubs Produced by Defendants: ALLD0000025 |
| 237 | | | | | Paystubs Produced by Defendants: ALLD0000027 |
| 238 | | | | | Paystubs Produced by Defendants: ALLD0000029 |
| 239 | | | | | Paystubs Produced by Defendants: ALLD0000030 |
| 240 | | | | | Paystubs Produced by Defendants: ALLD0000031 |
| 241 | | | | | Paystubs Produced by Defendants: ALLD0000032 |
| 242 | | | | | Paystubs Produced by Defendants: ALLD0000033 |
| 243 | | | | | Paystubs Produced by Defendants: ALLD0000035 |
| 244 | | | | | Paystubs Produced by Defendants: ALLD0000037 |
| 245 | | | | | Paystubs Produced by Defendants: ALLD0000039 |
| 246 | | | | | Paystubs Produced by Defendants: ALLD0000041 |
| 247 | | | | | Paystubs Produced by Defendants: ALLD0000043 |
| 248 | | | | | Paystubs Produced by Defendants: ALLD0000045 |
| 249 | | | | | Paystubs Produced by Defendants: ALLD0000047 |
| 250 | | | | | Paystubs Produced by Defendants: ALLD0000049 |
| 251 | | | | | Paystubs Produced by Defendants: ALLD0000051 |
| 252 | | | | | Paystubs Produced by Defendants: ALLD0000053 |
| 253 | | | | | Paystubs Produced by Defendants: ALLD0000054 |
| 254 | | | | | Paystubs Produced by Defendants: ALLD0000056 |
| 255 | | | | | Paystubs Produced by Defendants: ALLD0000058 |
| 256 | | | | | Paystubs Produced by Defendants: ALLD0000060 |
| 257 | | | | | Paychecks Produced by Defendants: ALLD000002 |
| 258 | | | | | Paychecks Produced by Defendants: ALLD000004 |
| 259 | | | | | Paychecks Produced by Defendants: ALLD000006 |
| 260 | | | | | Paychecks Produced by Defendants: ALLD000008 |
| 261 | | | | | Paychecks Produced by Defendants: ALLD0000011 |
| 262 | | | | | Paychecks Produced by Defendants: ALLD0000014 |
| 263 | | | | | Paychecks Produced by Defendants: ALLD0000017 |
| 264 | | | | | Paychecks Produced by Defendants: ALLD0000020 |
| 265 | | | | | Paychecks Produced by Defendants: ALLD000022 |
| 266 | | | | | Paychecks Produced by Defendants: ALLD000024 |
| 267 | | | | | Paychecks Produced by Defendants: ALLD000026 |
| 268 | | | | | Paychecks Produced by Defendants: ALLD000028 |
| 269 | | | | | Time Sheets Produced by Defendants: ALLD000001 |
| 270 | | | | | Time Sheets Produced by Defendants: ALLD000003 |
| 271 | | | | | Time Sheets Produced by Defendants: ALLD000005 |
| 272 | | | | | Time Sheets Produced by Defendants: ALLD000007 |
| 273 | | | | | Time Sheets Produced by Defendants: ALLD0000010 |
| 274 | | | | | Time Sheets Produced by Defendants: ALLD0000013 |
| 275 | | | | | Time Sheets Produced by Defendants: ALLD0000016 |
| 276 | | | | | Time Sheets Produced by Defendants: ALLD0000019 |
| 277 | | | | | Time Sheets Produced by Defendants: ALLD0000034 |
| 278 | | | | | Time Sheets Produced by Defendants: ALLD0000036 |
| 279 | | | | | Time Sheets Produced by Defendants: ALLD0000038 |
| 280 | | | | | Time Sheets Produced by Defendants: ALLD0000040 |
| 281 | | | | | Time Sheets Produced by Defendants: ALLD0000042 |
| 282 | | | | | Time Sheets Produced by Defendants: ALLD0000044 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 283 | | | | | Time Sheets Produced by Defendants: ALLD0000046 |
| 284 | | | | | Time Sheets Produced by Defendants: ALLD0000048 |
| 285 | | | | | Time Sheets Produced by Defendants: ALLD0000050 |
| 286 | | | | | Time Sheets Produced by Defendants: ALLD0000052 |
| 287 | | | | | Time Sheets Produced by Defendants: ALLD0000055 |
| 288 | | | | | Time Sheets Produced by Defendants: ALLD0000057 |
| 289 | | | | | Time Sheets Produced by Defendants: ALLD0000059 |
| 290 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000007 |
| 291 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000008 |
| 292 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000009 |
| 293 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000010 |
| 294 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000011 |
| 295 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000012 |
| 296 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000013 |
| 297 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000014 |
| 298 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000015 |
| 299 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000016 |
| 300 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000017 |
| 301 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000018 |
| 302 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000019 |
| 303 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000020 |
| 304 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000021 |
| 305 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000022 |
| 306 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000023 |
| 307 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000024 |
| 308 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000025 |
| 309 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000026 |
| 310 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000027 |

# EXHIBIT LIST - CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 311 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000028 |
| 312 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000029 |
| 313 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000030 |
| 314 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000031 |
| 315 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000032 |
| 316 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000033 |
| 317 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000034 |
| 318 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000035 |
| 319 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000036 |
| 320 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000037 |
| 321 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000038 |
| 322 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000039 |
| 323 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000040 |
| 324 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000041 |
| 325 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000042 |
| 326 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000043 |
| 327 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000044 |
| 328 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000045 |
| 329 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000046 |
| 330 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000047 |
| 331 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000048 |
| 332 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000049 |
| 333 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000050 |
| 334 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000051 |
| 335 | | | | | Paychecks and stubs Produced by Plaintiff Kasper Dong Ko: KDHK000052 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 336 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000161 |
| 337 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000163 |
| 338 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000195 |
| 339 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000196 |
| 340 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000230 |
| 341 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000316 |
| 342 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000317 |
| 343 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000318 |
| 344 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000461 |
| 345 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000462 |
| 346 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000525 |
| 347 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000521-526 |
| 348 | | | | | Group Chat 16 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000572 |
| 349 | | | | | Group Chat 5 Conversation Produced by Plaintiff Kasper Dong Hyok Ko: KDHK000783 |
| 350 | | | | | Paystubs Produced by Defendants: ALLD00000253 |
| 351 | | | | | Paystubs Produced by Defendants: ALLD00000255 |
| 352 | | | | | Paystubs Produced by Defendants: ALLD00000255 |
| 353 | | | | | Paystubs Produced by Defendants: ALLD00000259 |
| 354 | | | | | Paystubs Produced by Defendants: ALLD00000261 |
| 355 | | | | | Paystubs Produced by Defendants: ALLD00000264 |
| 356 | | | | | Paystubs Produced by Defendants: ALLD00000266 |
| 357 | | | | | Time Sheets Produced by Defendants: ALLD00000252 |
| 358 | | | | | Time Sheets Produced by Defendants: ALLD00000254 |
| 359 | | | | | Time Sheets Produced by Defendants: ALLD00000256 |
| 360 | | | | | Time Sheets Produced by Defendants: ALLD00000257 |
| 361 | | | | | Time Sheets Produced by Defendants: ALLD00000258 |
| 362 | | | | | Time Sheets Produced by Defendants: ALLD00000260 |
| 363 | | | | | Time Sheets Produced by Defendants: ALLD00000262 |
| 364 | | | | | Time Sheets Produced by Defendants: ALLD00000265 |
| 365 | | | | | Eastern Corp. Vest Produced by Plaintiif Kwang Yeoll Choi: KYC000007 |
| 366 | | | | | Complaint of Unpaid Wages Produced by Plaintiff Kwang Yeoll Choi: KYC000011 |
| 367 | | | | | Paystubs (front) and handwritten records (back) Produced by Plaintiff Kwang Yeoll Choi: KYC000068-69 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 368 | | | | | Paystubs (front) and handwritten records (back) Produced by Plaintiff Kwang Yeoll Choi: KYC000070-71 |
| 369 | | | | | Paystubs (front) and handwritten records (back) Produced by Plaintiff Kwang Yeoll Choi: KYC000072-73 |
| 370 | | | | | Paystubs (front) and handwritten records (back) Produced by Plaintiff Kwang Yeoll Choi: KYC000074-75 |
| 371 | | | | | Paystubs (front) and handwritten records (back) Produced by Plaintiff Kwang Yeoll Choi: KYC000076-77 |
| 372 | | | | | Paystubs (front) and handwritten records (back) Produced by Plaintiff Kwang Yeoll Choi: KYC000078-79 |
| 373 | | | | | Paystubs (front) and handwritten records (back) Produced by Plaintiff Kwang Yeoll Choi: KYC000080-81 |
| 374 | | | | | Paystubs (front) and handwritten records (back) Produced by Plaintiff Kwang Yeoll Choi: KYC000082-83 |
| 375 | | | | | Picture of a paystub Produced by Plaintiff Kwang Yeoll Choi: KYC000084 |
| 376 | | | | | pictures of Identity theft report by Plaintif Kwang Yeoll Choi: KYC000085-87 |
| 377 | | | | | demand/complaint for unpaid wages to Alex Yoon: KYC000088-89 |
| 378 | | | | | demand/complaint for unpaid wages to Alex Yoon: KYC000094 |
| 379 | | | | | Paystubs Produced by Defendants: ALLD0000069 |
| 380 | | | | | Paystubs Produced by Defendants: ALLD0000072 |
| 381 | | | | | Paystubs Produced by Defendants: ALLD0000075 |
| 382 | | | | | Paystubs Produced by Defendants: ALLD0000077 |
| 383 | | | | | Paystubs Produced by Defendants: ALLD0000079 |
| 384 | | | | | Paystubs Produced by Defendants: ALLD0000081 |
| 385 | | | | | Paystubs Produced by Defendants: ALLD0000083 |
| 386 | | | | | Paystubs Produced by Defendants: ALLD0000085 |
| 387 | | | | | Paystubs Produced by Defendants: ALLD0000087 |
| 388 | | | | | Paystubs Produced by Defendants: ALLD0000089 |
| 389 | | | | | Paystubs Produced by Defendants: ALLD0000091 |
| 390 | | | | | Paystubs Produced by Defendants: ALLD0000092 |
| 391 | | | | | Paystubs Produced by Defendants: ALLD0000093 |
| 392 | | | | | Paystubs Produced by Defendants: ALLD0000094 |
| 393 | | | | | Paystubs Produced by Defendants: ALLD0000095 |
| 394 | | | | | Paystubs Produced by Defendants: ALLD0000096 |
| 395 | | | | | Paystubs Produced by Defendants: ALLD0000097 |
| 396 | | | | | Paystubs Produced by Defendants: ALLD00000101 |
| 397 | | | | | Paystubs Produced by Defendants: ALLD00000102 |
| 398 | | | | | Paystubs Produced by Defendants: ALLD00000104 |
| 399 | | | | | Paystubs Produced by Defendants: ALLD00000105 |
| 400 | | | | | Paystubs Produced by Defendants: ALLD00000107 |
| 401 | | | | | Paystubs Produced by Defendants: ALLD00000108 |
| 402 | | | | | Paystubs Produced by Defendants: ALLD00000110 |
| 403 | | | | | Paystubs Produced by Defendants: ALLD00000111 |
| 404 | | | | | Paystubs Produced by Defendants: ALLD00000114 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 405 | | | | | Paystubs Produced by Defendants: ALLD00000115 |
| 406 | | | | | Paystubs Produced by Defendants: ALLD00000117 |
| 407 | | | | | Paystubs Produced by Defendants: ALLD00000118 |
| 408 | | | | | Paystubs Produced by Defendants: ALLD00000122 |
| 409 | | | | | Paystubs Produced by Defendants: ALLD00000124 |
| 410 | | | | | Paystubs Produced by Defendants: ALLD0000125 |
| 411 | | | | | Paystubs Produced by Defendants: ALLD0000128 |
| 412 | | | | | Paystubs Produced by Defendants: ALLD0000129 |
| 413 | | | | | Paystubs Produced by Defendants: ALLD0000132 |
| 414 | | | | | Paystubs Produced by Defendants: ALLD0000134 |
| 415 | | | | | Paystubs Produced by Defendants: ALLD0000136 |
| 416 | | | | | Paystubs Produced by Defendants: ALLD0000138 |
| 417 | | | | | Paychecks Produced by Defendants: ALLD0000062 |
| 418 | | | | | Paychecks Produced by Defendants: ALLD0000064 |
| 419 | | | | | Paychecks Produced by Defendants: ALLD0000066 |
| 420 | | | | | Paychecks Produced by Defendants: ALLD0000068 |
| 421 | | | | | Paychecks Produced by Defendants: ALLD0000071 |
| 422 | | | | | Paychecks Produced by Defendants: ALLD0000074 |
| 423 | | | | | Paychecks Produced by Defendants: ALLD0000076 |
| 424 | | | | | Paychecks Produced by Defendants: ALLD0000078 |
| 425 | | | | | Paychecks Produced by Defendants: ALLD0000080 |
| 426 | | | | | Paychecks Produced by Defendants: ALLD0000082 |
| 427 | | | | | Paychecks Produced by Defendants: ALLD0000084 |
| 428 | | | | | Paychecks Produced by Defendants: ALLD0000086 |
| 429 | | | | | Paychecks Produced by Defendants: ALLD0000099 |
| 430 | | | | | Paychecks Produced by Defendants: ALLD0000075 |
| 431 | | | | | Paychecks Produced by Defendants: ALLD0000076 |
| 432 | | | | | Time Sheets Produced by Defendants: ALLD0000061 |
| 433 | | | | | Time Sheets Produced by Defendants: ALLD0000063 |
| 434 | | | | | Time Sheets Produced by Defendants: ALLD0000065 |
| 435 | | | | | Time Sheets Produced by Defendants: ALLD0000067 |
| 436 | | | | | Time Sheets Produced by Defendants: ALLD0000070 |
| 437 | | | | | Time Sheets Produced by Defendants: ALLD0000073 |
| 438 | | | | | Time Sheets Produced by Defendants: ALLD0000098 |
| 439 | | | | | Time Sheets Produced by Defendants: ALLD00000100 |
| 440 | | | | | Time Sheets Produced by Defendants: ALLD00000103 |
| 441 | | | | | Time Sheets Produced by Defendants: ALLD00000106 |
| 442 | | | | | Time Sheets Produced by Defendants: ALLD00000109 |
| 443 | | | | | Time Sheets Produced by Defendants: ALLD00000112 |
| 444 | | | | | Time Sheets Produced by Defendants: ALLD00000113 |
| 445 | | | | | Time Sheets Produced by Defendants: ALLD00000116 |
| 446 | | | | | Time Sheets Produced by Defendants: ALLD00000119 |
| 447 | | | | | Time Sheets Produced by Defendants: ALLD00000120 |
| 448 | | | | | Time Sheets Produced by Defendants: ALLD00000123 |
| 449 | | | | | Time Sheets Produced by Defendants: ALLD00000126 |
| 450 | | | | | Time Sheets Produced by Defendants: ALLD00000127 |
| 451 | | | | | Time Sheets Produced by Defendants: ALLD00000130 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 452 | | | | | Time Sheets Produced by Defendants: ALLD00000131 |
| 453 | | | | | Time Sheets Produced by Defendants: ALLD00000135 |
| 454 | | | | | Time Sheets Produced by Defendants: ALLD00000137 |
| 455 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000033 |
| 456 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000034 |
| 457 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000035 |
| 458 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000036 |
| 459 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000037 |
| 460 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000038 |
| 461 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000039 |
| 462 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000040 |
| 463 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000041 |
| 464 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000042 |
| 465 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000043 |
| 466 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000044 |
| 467 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000045 |
| 468 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000046 |
| 469 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000047 |
| 470 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000048 |
| 471 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000049 |
| 472 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000050 |
| 473 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000051 |
| 474 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000052 |
| 475 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000053 |
| 476 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000054 |
| 477 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000055 |

Choi v. Yoon     EXHIBIT LIST - CONTINUATION     Case Number: 1:17-cv-552

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 478 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000056 |
| 479 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000057 |
| 480 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000058 |
| 481 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000059 |
| 482 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000060 |
| 483 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000061 |
| 484 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000062 |
| 485 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000063 |
| 486 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000064 |
| 487 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000065 |
| 488 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000066 |
| 489 | | | | | Paystubs Produced by Plaintiff Yeon Mook Choi: YMC000067 |
| 490 | | | | | Image of Eastern Corp. T-shirts Produced by Plaintiff Yeon Mook Choi: YMC000007 |
| 491 | | | | | Image of Eastern Corp. Vest Produced by Plaintiff Yeon Mook Choi: YMC000008 |
| 492 | | | | | Image of Eastern Corp. T-shirt Produced by Plaintiff Yeon Mook Choi: YMC000009 |
| 493 | | | | | Calender of Hours Worked Produced by Plaintiff Yeon Mook Choi: YMC000010-32 |
| 494 | | | | | Hourly rate Information Produced by Defendants: ALLD00000335 |
| 495 | | | | | Hourly rate Information Produced by Defendants: ALLD00000336 |
| 496 | | | | | Hourly rate Information Produced by Defendants: ALLD00000337 |
| 497 | | | | | Hourly rate Information Produced by Defendants: ALLD00000338 |
| 498 | | | | | Hourly rate Information Produced by Defendants: ALLD00000339 |
| 499 | | | | | Hourly rate Information Produced by Defendants: ALLD00000340 |
| 500 | | | | | Hourly rate Information Produced by Defendants: ALLD00000341 |
| 501 | | | | | Hourly rate Information Produced by Defendants: ALLD00000342 |
| 502 | | | | | Hourly rate Information Produced by Defendants: ALLD00000343 |

# EXHIBIT LIST - CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 503 | | | | | Hourly rate Information Produced by Defendants: ALLD00000344 |
| 504 | | | | | Hourly rate Information Produced by Defendants: ALLD00000345 |
| 505 | | | | | Hourly rate Information Produced by Defendants: ALLD00000346 |
| 506 | | | | | Hourly rate Information Produced by Defendants: ALLD00000347 |
| 507 | | | | | Hourly rate Information Produced by Defendants: ALLD00000348 |
| 508 | | | | | Hourly rate Information Produced by Defendants: ALLD00000349 |
| 509 | | | | | Hourly rate Information Produced by Defendants: ALLD00000350 |
| 510 | | | | | Hourly rate Information Produced by Defendants: ALLD00000351 |
| 511 | | | | | Hourly rate Information Produced by Defendants: ALLD00000352 |
| 512 | | | | | Hourly rate Information Produced by Defendants: ALLD00000353 |
| 513 | | | | | Hourly rate Information Produced by Defendants: ALLD00000354 |
| 514 | | | | | Hourly rate Information Produced by Defendants: ALLD00000355 |
| 515 | | | | | Hourly rate Information Produced by Defendants: ALLD00000356 |
| 516 | | | | | Hourly rate Information Produced by Defendants: ALLD00000357 |
| 517 | | | | | Hourly rate Information Produced by Defendants: ALLD00000358 |
| 518 | | | | | Hourly rate Information Produced by Defendants: ALLD00000359 |
| 519 | | | | | Hourly rate Information Produced by Defendants: ALLD00000360 |
| 520 | | | | | Hourly rate Information Produced by Defendants: ALLD00000361 |
| 521 | | | | | Hourly rate Information Produced by Defendants: ALLD00000362 |
| 522 | | | | | Hourly rate Information Produced by Defendants: ALLD00000363 |
| 523 | | | | | Hourly rate Information Produced by Defendants: ALLD00000364 |
| 524 | | | | | Hourly rate Information Produced by Defendants: ALLD00000365 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITMESSES |
|---|---|---|---|---|---|
| 525 | | | | | Hourly rate Information Produced by Defendants: ALLD00000366 |
| 526 | | | | | Hourly rate Information Produced by Defendants: ALLD00000367 |

/s/ Michael Hyunkweon Ryu
Michael Hyunkweon Ryu
Ryu & Ryu, PLC
301 Maple Ave West Ste 620
Vienna, VA 22180
703-319-0001
michaelryu@ryulawgroup.com