| | |
|---|---|
| From: | Michael Ryu |
| To: | "Jayna Genti" |
| Cc: | "Ben Dimuro" |
| Subject: | FW: Choi, et. al., v. Yoon, et. al. Ds" Second Rule 68 Offer of Judgment |
| Date: | Monday, November 27, 2017 1:13:00 PM |
| Attachments: | Ds" Second Rule 68 Offer of Judgment G. Ko.pdf |

Plaintiff Gijoong Ko individually accepts the offer served on November 20, 2017.

**From:** Bethany Coan [mailto:BCoan@dimuro.com]
**Sent:** Monday, November 20, 2017 4:06 PM
**To:** Michael Ryu
**Cc:** Jayna Genti
**Subject:** Choi, et. al., v. Yoon, et. al. Ds' Second Rule 68 Offer of Judgment

Mr. Ryu,

Attached, please find the Defendants' Second Rule 68 Offer of Judgment for each of the five Plaintiffs: Kasper Ko, Yeon Mook Choi, Joon Kim, Gijoong Ko, and Kwang Choi, for the above-referenced matter.

Should you have any questions, please do not hesitate to contact us.

Thank you.

**Bethany Coan**
**Legal Assistant**
*DiMuroGinsberg, P.C.*
**1101 King St., Suite 610**
**Alexandria**, VA 22314
**703-684-4333 (telephone)**
**703-548-3181 (facsimile)**