## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VIRGINIA
## (ALEXANDRIA DIVISION)

| | |
|---|---|
| Yeon Mook CHOI, et. al<br>                    Plaintiff(s),<br>v.<br>Young Chul YOON, et. al<br>                    Defendant(s). | Case No.: 1:17-cv-00552-LMB-MSNVAED |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following **PLAINTIFF GIJOON KO'S NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGEMENT** with the attachment as well as this certificate of service was served on November 28, 2017 as follows:

Bernard J. DiMuro
Jayna Genti
DiMuro Ginsberg, PC
Counsel for Defendants
1101 King Street, Suite 610
Alexandria, VA 22314
bdimuro@dimuro.com
jgenti@dimuro.com

( ) via facsimile
( ) hand delivered
(X) mailed, first class postage prepaid
(X) via email
( ) via Fedex overnight delivery
( ) via Fedex priority delivery
( ) via Court's Electronic Filing System such as CM/ECF or NYSECF.

  /s/ (Michael) Hyunkweon Ryu, Esq.
  (Michael) Hyunkweon Ryu